United States District Court
Southern District of Texas
**ENTERED**
June 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RICARDO LOPEZ ORTEGON,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 5:26-CV-00790** |
| | § | |
| **JUAN AGUDELO,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Ricardo Lopez Ortegon's ("Petitioner") Verified Emergency Petition for Writ of Habeas Corpus and Order to Show Cause, (Dkt. 1), challenging the lawfulness of his detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

On June 2, 2026, Petitioner filed an advisory notifying the Court of an upcoming final removal hearing in immigration court. (*See* Dkt. 7.) Accordingly, the Parties are **ORDERED** to file a status update on Petitioner's immigration proceedings, including whether Petitioner remains in detention, by **June 24, 2026**.

IT IS SO ORDERED.
SIGNED this June 17, 2026.

Diana Saldaña
United States District Judge